**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JULIA I. RIX,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Civil Action No. 1:23-cv-03062-CJN** |
| § | |
| **POLSINELLI PC, DOV H. SCHERZER,** § | |
| **GABRIEL Y. DABIRI,** § | |
| § | |
| § | |
| **Defendants.** § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Julia I. Rix voluntarily dismisses without prejudice her claim for breach of contract (**Count VI**) against Defendant Polsinelli.

Dated: November 21, 2023

Respectfully submitted,

By: _____

**BREWER, ATTORNEYS & COUNSELORS**
William A. Brewer III
William A. Brewer IV (admitted pro hac vice)
Samantha Daniels (pro hac vice pending)
750 Lexington Avenue, Floor 14
New York, NY 10022
212-489-1400
wab@brewerattorneys.com
wbb@brewerattorneys.com
sad@brewerattorneys.com

**BRIGLIA HUNDLEY, P.C.**
Robert H. Cox (DC Bar No. 432945)
1921 Gallows Road, Suite 750

1

Tysons Corner, VA 22182
703-883-0880
rcox@brigliahundley.com

*COUNSEL FOR PLAINTIFF JULIA I. RIX*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon counsel of record on this 21st day of November 2023 via electronic service using the CM/ECF system.

*/s/ William A. Brewer IV*